DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC AND FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN P. WILLIAMS; HOLLY J. HARRISON; INDEPENDENCE HOMEOWNERS ASSOCIATION; TERRA WEST COLLECTIONS GROUP, LLC D/B/A ASSESSMENT MANAGEMENT SERVICES; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00452-GMN-CWH<br><br>**STIPULATION AND ORDER DISMISSING RYAN P. WILLIAMS AND HOLLY J. HARRISON WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BAYVIEW LOAN SERVICING, LLC AND FEDERAL HOME LOAN MORTGAGE CORPORATION; RYAN P. WILLIAMS, an individual; HOLLY J. HARRISON, an individual,<br><br>Counter/Cross Defendant. | |

1  Cross-Defendants RYAN P. WILLIAMS ("Williams") AND HOLLY J. HARRISON ("Harrison") stipulate and agree that they no longer have any interest, ownership or otherwise, in the real property commonly known as **9056 Maycott Avenue, Las Vegas, Nevada 89148; Parcel No. 176-08-113-135** ("Property"). Williams and Harrison have been informed that the Property was sold on February 14, 2014 by the foreclosure sale conducted by Assessment Management Services ("AMS"), agent for Independence Homeowners Association ("the Association"). Williams and Harrison further stipulate and agree that they will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201402260000196 or SFR Investments Pool 1, LLC ("SFR") ownership interest in the Property.

Based on these representations, SFR Investments Pool 1, LLC, Williams and Harrison stipulate and agree that Williams and Harrison shall be dismissed from this action without prejudice, each party to bear their own fees and costs.

Dated this 23rd day of January, 2018.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:   (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

Dated this 23rd day of January, 2018.

**NOGGLE LAW PLLC**

*/s/ Robert B. Noggle*
ROBERT B. NOGGLE, ESQ.
Nevada Bar No. 11427
376 E. Warm Springs Rd., #140
Las Vegas, NV 89119
Phone: (702) 450-6300
Fax:   (702) 642-9766
*Attorneys for Cross-Defendants Ryan P. Williams and Holly J. Harrison*

…
…
…
…

# ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that Cross-Defendants CLINT HARRIS and ELIZABETH HARRIS shall be dismissed from this action without prejudice, each party to bear their own fees and costs.

DATED this __26__ day of January, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

 */s/Diana S. Ebron*_____
Diana S. Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*