DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC AND FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN P. WILLIAMS; HOLLY J. HARRISON; INDEPENDENCE HOMEOWNERS ASSOCIATION; TERRA WEST COLLECTIONS GROUP, LLC D/B/A ASSESSMENT MANAGEMENT SERVICES; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00452-GMN-CWH<br><br>**STIPULATION TO EXTEND TIME FOR SFR INVESTMENTS POOL 1, LLC TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS [ECF No. 45]**<br><br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BAYVIEW LOAN SERVICING, LLC AND FEDERAL HOME LOAN MORTGAGE CORPORATION; RYAN P. WILLIAMS, an individual; HOLLY J. HARRISON, an individual,<br><br>Counter/Cross Defendants. | |

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

Defendant SFR INVESTMENTS POOL 1, LLC ("SFR") and Plaintiffs BAYVIEW LOAN SERVICING, LLC ("Bayview") and FEDERAL HOME LOAN MORTGAGE CORPORATION's ("Freddie Mac"), by and through their undersigned counsel, hereby stipulate to extend the time for SFR to respond to Plaintiffs' motion to dismiss [ECF No. 45], currently due Wednesday, February 14, 2018, for two days until **Friday, February 16, 2018**.

SFR requested additional time to respond to allow adequate time to fully address the issues raised in the motion. This is the first request for an extension of this deadline. This request for an extension is made by the parties' in good faith and is not meant for purposes of delay or prejudice to any party.

Dated this _14th_ day of February, 2018.    Dated this _14th__ day of February, 2018.

**KIM GILBERT EBRON**                        **AKERMAN LLP**

*/s/Diana S. Ebron*                          */s/ Natalie L. Winslow*
DIANA S. EBRON, ESQ.                         DARREN T. BRENNER, ESQ.
Nevada Bar No. 10580                         Nevada Bar No. 8386
JACQUELINE A. GILBERT, ESQ.                  NATALIE L WINSLOW, ESQ.
Nevada Bar No. 10593                         Nevada Bar No. 12125
7625 Dean Martin Drive, Suite 100            1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89139                      Las Vegas, Nevada 89144

*Attorneys for SFR Investments Pool 1, LLC*  *Attorneys for Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation*

## ORDER

IT IS SO ORDERED.

DATED this __15__ day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE

- 2 -