DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bayview Loan Servicing, LLC
and Federal Home Loan Mortgage
Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> RYAN P. WILLIAMS; HOLLY J. HARRISON; INDEPENDENCE HOMEOWNERS ASSOCIATION; TERRA WEST COLLECTIONS GROUP, LLC D/B/A ASSESSMENT MANAGEMENT SERVICES; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-00452-GMN-CWH <br><br> **[PROPOSED] ORDER TO RELEASE BOND** |

…

…

…

…

…

1

50369316;1

1    SFR Investments Pool 1, LLC demanded Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation (**Plaintiffs**) post a cost bond pursuant to Nev. Rev. Stat. 18.130(1). (ECF No. 11). The court entered an order directing a $500.00 cash deposit. (ECF No. 22). The cash deposit was subsequently made by Akerman LLP on behalf of its client. (ECF No. 23). The purpose of the cost bond is to provide "security for the costs and charges which may be awarded against [the] plaintiff . . ." Nev. Rev. Stat. 18.130(1). The court granted Plaintiffs' motion to dismiss without prejudice and ordered that all parties bear their own fees and costs. (ECF No. 53). The court subsequently entered judgment on all remaining claims and instructed the clerk to close the case. (ECF Nos. 54). Since no costs may be awarded against Plaintiffs and this matter is now concluded, the court will refund the $500.00 deposit plus interest to Akerman LLP.

**IT IS SO ORDERED**

Dated this 4 day of October, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court

*Submitted by:*
**AKERMAN LLP**

*/s/ Jamie K. Combs*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation*

50369316;1